441 A.2d 786

Commonwealth v. Stewart, II, Appellant.
Petition for Allowance of Appeal Denied May 25, 1982.

Submitted March 4, 1981. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, did not file a brief on behalf of Commonwealth, appellee.

Before CERCONE, P. J., WICKERSHAM and BROSKY, JJ.

Judgment of sentence affirmed.

441 A.2d 787

Commonwealth v. Vallone, Appellant.
Petition for Allowance of Appeal Denied May 20, 1982.

Before CERCONE, P. J., HESTER and JOHNSON, JJ.

Judgment of sentence dated July 14, 1980 is affirmed.